UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE WALTERS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-2269-X-BT |
| | § | |
| DEPARTMENT OF HOMELAND SECURITY, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Petitioner filed a petition for a writ of habeas corpus when he was previously detained.[1] The petitioner was then released on supervision.[2] The United States Magistrate Judge made findings, conclusions, and a recommendation in this case that the petition be dismissed as moot because the Petitioner's "release from immigration custody provided him all the relief he seeks in his petition." (Doc. 11). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES AS MOOT** the petition. (Doc. 11).

**IT IS SO ORDERED** this 7th day of February, 2024.

---

[1] Doc. 1.

[2] *See* Doc. 9.

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE